■ Serge J. DeMay et al., Respondents, v DeMay Wine Cellars, Inc., Doing Business as Chateau De Rheims, et al., Defendants, and Philippe Guermonprez et al., Appellants.— Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Finnerty, J. (Appeal from order and judgment of Supreme Court, Steuben County, Finnerty, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Green and Lawton, JJ.